The Hon. Jose L. Linares, USDJ
50 Walnut Street
Newark, NJ 07102

RE: <u>United States v. Robert Wolter</u>: Crim. No. 19-137 (JLL)

Your Honor,

      The purpose of this letter is clearly communicate a concern. On **Monday, March 4, 2019**, at my arraignment I addressed the Court with regards to my concerns about being represented by Peter Carter, AFPD. There is one more concern that I am not sure if I articulated clearly. I mentioned that I wish to have a speedy trial. My <u>intention</u> was to make it clear that **I do not consent to any further continuance**. I would like to proceed to trial in this matter in a timely manner. I am aware that a speedy trial is to commence within 70 days. If a continuance was agreed upon prior to this letter, then I humbly request a scheduling order. Thank you for your time and attention in this matter.

Respectfully Submitted,

Robert Wolter

CC: William T. Walsh, Clerk