UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No. 19-137 (BRM) |
| ROBERT WOLTER | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby moves to dismiss the Indictment against defendant ROBERT WOLTER, Criminal Number 19-137 (BRM), which Indictment was filed on February 21, 2019, charging defendant ROBERT WOLTER with one count of bulk cash smuggling, in violation of Title 31, United States Code, Section 5332, so defendant ROBERT WOLTER can be transferred to another jurisdiction for federal prosecution on another, unrelated Indictment.

This dismissal is without prejudice.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. BRIAN R. MARTINOTTI
United States District Judge

Dated: 20 Feb 2020