02-26-2020

William T. Walsh, Clerk
50 Walnut Street (US Courthouse)
Newark, NJ 07101

RE: United States v. Robert Wolter

Dear Mr. Walsh,

   The purpose of this letter is to
request that you forward the attached
letter to the Hon. Brian R. Martinotti,
USDJ. Thank you for your time and
attention in this matter.

                 Respectfully Submitted,

                 Robert Wolter

2020 FEB 28  P 2: 35
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
CLERK
RECEIVED

50 Walnut Street (US Courthouse)
Newark, NJ 07101                    02-26-2020

RE: United States v. Robert Wolter
                    Case No: 19-137

Your Honor,

     The purpose of this letter is to request a stay on any order of extradition in order for I, Robert Wolter to be able to file Selective Prosecution, and False Arrest within the district of New Jersey. Thank you for your time and attention in this matter.

                    Respectfully Submitted,

                    Robert Wolter

CC: William T. Walsh, Clerk

CC: Lisa M. Mack, Esq.



DV DANIELS NJ 070

27 FEB 2020 FM 2 FOREVER

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 FEB 28 P 2: 20

Attn: William T. Walsh, Clerk
The Hon. Brian R. Martinotti, USDJ
50 Walnut Street
Newark, NJ 07101

07102-357015

XRAYED

Robert Wolfer
J-2019-01767
354 Doremus Ave
Newark, NJ 07105